**Order entered April 14, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01395-CV

**MITCHELL WAYNE HOBSON, JR. AND ALL OCCUPANTS, Appellant**

**V.**

**CCC & CRESTRIDGE LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05436-A**

## ORDER

The clerk's record in this case is overdue. By postcard dated December 16, 2013, we notified the County Clerk that the clerk's record was overdue. We directed the County Clerk to file the clerk's record within thirty days. Thereafter, by order dated March 20, 2014, we ordered the Dallas County Clerk to file either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record within ten days. To date, the Dallas County Clerk has not filed the clerk's record, the requested verification, or otherwise corresponded with the Court regarding the status of the clerk's office.

So that this appeal can proceed, we again **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. If the record or requested

verification is not filed by the date specified, we will utilize the available remedies to obtain the clerk's record in this case.

We **NOTIFY** appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to John Warren, Dallas County Clerk.


/s/     CAROLYN WRIGHT
         CHIEF JUSTICE